In the MATTER of PHILIP SAVORY et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

DONALD BROOKS et al., Interveners, Respondents.

Argued September 28, 1939; decided October 17, 1939.

*Henry B. Lamm* and *Joseph Pinckney* for appellants.

*William C. Chanler, Corporation Counsel* (*Loren C. Berry* and *Paxton Blair* of counsel), for Board of Elections, respondent.

*Reuel M. Jordan* and *Darwin W. Telesford* for Donald Brooks, respondent. .

Appeal dismissed, without costs, on the ground the question is academic. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.